# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Raymond N. Perilli             CHAPTER 13

                     Debtor(s)

                                                         BKY. NO. 23-10325 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                           Respectfully submitted,

                                                           **/s/ Michael P. Farrington, Esquire**
                                                           Michael P. Farrington, Esquire
                                                           Attorney I.D. No. 329636
                                                           KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106
                                                           215-627-1322
                                                           mfarrington@kmllawgroup.com