# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  RAYMOND N. PERILLI     :     CHAPTER 13
                                             :
       **Debtor**     :     NO. 23-10325

## ORDER

AND NOW, this _____ day of _____, 2023, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **March 5, 2023** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: February 21, 2023**                              _____
                                                                                                     J.