United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                        Case No. 23-10325-amc

Raymond N Perilli                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

**Recip ID**      **Recipient Name and Address**
db      +  Raymond N Perilli, 1009 Luray Circle, Telford, PA 18969-1049

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:**

**Name**      **Email Address**

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

PAUL H. YOUNG
     on behalf of Debtor Raymond N Perilli support@ymalaw.com
     ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
     ,lesliebrown.paralegal@gmail.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:  RAYMOND N. PERILLI** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **NO. 23-10325** |

## ORDER

AND NOW, this                 day of                        , 2023, upon consideration

of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is

hereby ORDERED that the Debtor be granted an extension to **March 5, 2023** in which to file the

Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

**Date: February 21, 2023**                    _____
                                                                                    J.