# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Raymond N Perilli | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-10325-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2-6-23 and an Order extending time until 3-5-23, this case

is hereby DISMISSED.

Date: March 8, 2023

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C-1(old)
Means Test Calculation Form 122C-2 - If Applicable -
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc