United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-10325-amc
Raymond N Perilli  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 08, 2023     Form ID: pdf900     Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond N Perilli, 1009 Luray Circle, Telford, PA 18969-1049 |
| 14753883 | + | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |
| 14753889 | + | Sheffield Financial, Po Box 849, Wilson, NC 27894-0849 |
| 14753888 | + | Sheffield Financial, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 09 2023 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2023 00:03:11 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753874 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2023 00:03:11 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14753875 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 09 2023 00:03:27 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14753876 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 09 2023 00:03:27 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14753877 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 09 2023 00:03:27 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14755495 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 09 2023 00:03:11 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14753879 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2023 00:17:13 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14753878 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2023 00:03:27 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14753880 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2023 00:02:56 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14753881 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2023 00:02:55 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14753882 | + | Email/Text: info@financesysteminc.com | Mar 09 2023 00:01:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East, Richmond, IN 47374-2619 |
| 14756934 | ^ | MEBN | Mar 08 2023 23:58:30 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14753885 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 00:01:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 14753884 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 09 2023 00:01:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14753887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2023 00:03:11 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14753886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2023 00:03:26 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14763028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2023 00:03:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14754550 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 09 2023 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14753891 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 09 2023 00:01:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 14753890 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 09 2023 00:01:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Raymond N Perilli support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 08, 2023 | Form ID: pdf900 | Total Noticed: 25 |

,lesliebrown.paralegal@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Raymond N Perilli | : | |
| Debtor | : | Bankruptcy No. 23-10325-amc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2-6-23 and an Order extending time until 3-5-23, this case

is hereby DISMISSED.

Date: March 8, 2023

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1(old)
Means Test Calculation Form 122C-2 – If Applicable –
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

bfmisdoc